# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Maximino Mancinas-Gonzales,<br>(A205 604 416)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-7501MJ |

DOA 10/14/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 13, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Maximino Mancinas-Gonzales, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about October 10, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 16, 2017

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 13, 2017, the Chandler Police Department (CPD) encountered Maximino Mancinas-Gonzales during a traffic stop at 474 W. Ray Road, in Chandler, Arizona. CPD Officer Allison suspected Mancinas-Gonzales to be an enforcement priority, illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer K. Madill telephonically interviewed Mancinas-Gonzales and determined him to be a citizen of Mexico, illegally present in the United States. On October 14, 2017, Mancinas-Gonzales was transported to the Phoenix ICE office for further investigation and processing. Mancinas-Gonzales was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Maximino Mancinas-Gonzales to be a citizen of Mexico and a previously deported criminal alien. Mancinas-Gonzales was removed

from the United States to Mexico at or near El Paso, Texas, on or about October 10, 2013, pursuant to an order of removal issued by a designated immigration official. There is no record of Mancinas-Gonzales in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Mancinas-Gonzales' immigration history was matched to him by electronic fingerprint comparison.

4. On October 14, 2017, Maximino Mancinas-Gonzales was advised of his constitutional rights. Mancinas-Gonzales freely and willingly acknowledged his rights and agreed to provide a statement under oath. Mancinas-Gonzales stated that his true and complete name is Maximino Mancinas-Gonzales and that he is a citizen of Mexico. Mancinas-Gonzales stated that he illegally entered the United States on an unknown date in March of 2014, through Sanoita, Arizona. Mancinas-Gonzales further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 13, 2017, Maximino Mancinas-Gonzales, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near El Paso, Texas, on or about October 10, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of October, 2017.

Bridget S. Bade,
United States Magistrate Judge

4